**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza Plaza*
*New York, New York 10278*

July 24, 2026

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Hilder Rojas Rodriguez*, 26 Cr. 314 (LTS)**

Dear Chief Judge Swain:

The Government respectfully writes to request that the Court schedule an initial conference in the above matter on August 6, 2026 at 11:00 a.m. The defendant was indicted in the above case on or about July 21, 2026.

The Government respectfully requests that the time between today and the date of the initial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble discovery and the parties an opportunity to discuss the possibility of pretrial resolutions of this case. Defense counsel has informed the Government that they consent to the exclusion of time.

cc: Zawadi Baharanyi, Esq. (via ECF)

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Meredith Foster
Meredith Foster
Assistant United States Attorney
Tel.: (212) 637-2310

The foregoing request is granted. An initial conference is hereby scheduled on **August 6, 2026 at 11:00 a.m.** To allow adequate time for the parties to assemble discovery and discuss a potential pretrial resolution, the Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 6, 2026, outweigh the best interests of the public and the defendant in a speedy trial. This order resolves docket entry no. 14.

SO ORDERED.
/s/ Laura Taylor Swain, Chief
U.S.D.J. Dated: July 27, 2026